UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES LYNN O'HINES,

        Plaintiff,

  vs.

2400 NATOMA ST., et al.,

        Defendants.
                                  /

No. C 10-0411 PJH (PR)

**ORDER OF DISMISSAL**

      This pro se civil rights action was filed on January 28, 2010. On that same day the court notified plaintiff that he had neither paid the filing fee nor applied for leave to proceed in forma pauperis ("IFP"). A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or apply for leave to proceed IFP within thirty days the case would be dismissed.

      No response has been received. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

      **IT IS SO ORDERED.**

Dated: March 16, 2010.

                                  PHYLLIS J. HAMILTON
                                  United States District Judge

P:\PRO-SE\PJH\CR.10\OHINES0411.DISM-IFP.wpd